1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

MARIO HERRADA-GONZALEZ,

12
Petitioner,

13
v.

14
JERRY HOWELL, et al.,

15
Respondents.

Case No. 2:20-cv-01013-GMN-DJA

**ORDER**

16

17    The Federal Public Defender has filed a notice of appearance on petitioner's behalf (ECF

18  No. 8).  The court will formally appoint the Federal Public Defender.

19    Petitioner also has filed a motion for leave to file first amended protective petition (ECF

20  No. 9) and a motion for scheduling order (ECF No. 10).  The court grants these motions.

21    IT THEREFORE IS ORDERED that the Federal Public Defender is appointed as counsel

22  for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B).  Counsel will represent petitioner in all

23  federal proceedings related to this matter, including any appeals or certiorari proceedings, unless

24  allowed to withdraw.

25    IT FURTHER IS ORDERED that petitioner's motion for leave to file first amended

26  protective petition (ECF No. 9) is **GRANTED**.  Petitioner must file the counseled first amended

27  protective petition and supporting exhibits within seven (7) days from the date of entry of this

28  order.

1

1    IT FURTHER IS ORDERED that petitioner's motion for scheduling order (ECF No. 10)

2  is **GRANTED**.

3    IT FURTHER IS ORDERED that petitioner will have until up to and including one

4  hundred twenty (120) days from entry of this order within which to file a second amended

5  petition and/or seek other appropriate relief.  Neither the foregoing deadline nor any extension

6  thereof signifies or will signify any implied finding as to the expiration of the federal limitation

7  period and/or of a basis for tolling during the time period established.  Petitioner always remains

8  responsible for calculating the running of the federal limitation period and timely asserting

9  claims, without regard to any deadlines established or extensions granted herein.  That is, by

10  setting a deadline to amend the petition and/or by granting any extension thereof, the court makes

11  no finding or representation that the petition, any amendments thereto, and/or any claims

12  contained therein are not subject to dismissal as untimely.  See Sossa v. Diaz, 729 F.3d 1225,

13  1235 (9th Cir. 2013).

14    IT FURTHER IS ORDERED that respondents must file a response to the second amended

15  petition, including potentially by motion to dismiss, within sixty (60) days of service of a second

16  amended petition and that petitioner may file a reply within thirty (30) days of service of an

17  answer.  The response and reply time to any motion filed by either party, including a motion filed

18  in lieu of a pleading, will be governed instead by Local Rule LR 7-2(b).

19    IT FURTHER IS ORDERED that any procedural defenses raised by respondents to the

20  counseled second amended petition must be raised together in a single consolidated motion to

21  dismiss.  In other words, the court does not wish to address any procedural defenses raised herein

22  either in serial fashion in multiple successive motions to dismiss or embedded in the answer.

23  Procedural defenses omitted from such motion to dismiss will be subject to potential waiver.

24  Respondents must not file a response in this case that consolidates their procedural defenses, if

25  any, with their response on the merits, except pursuant to 28 U.S.C. § 2254(b)(2) as to any

26  unexhausted claims clearly lacking merit.  If respondents do seek dismissal of unexhausted claims

27  under § 2254(b)(2): (a) they must do so within the single motion to dismiss not in the answer; and

28  (b) they must specifically direct their argument to the standard for dismissal under § 2254(b)(2)

1    set forth in <u>Cassett v. Stewart</u>, 406 F.3d 614, 623-24 (9th Cir. 2005).  In short, no procedural

2    defenses, including exhaustion, must be included with the merits in an answer.  All procedural

3    defenses, including exhaustion, instead must be raised by motion to dismiss.

4        IT FURTHER IS ORDERED that, in any answer filed on the merits, respondents must

5    specifically cite to and address the applicable state court written decision and state court record

6    materials, if any, regarding each claim within the response as to that claim.

7        IT FURTHER IS ORDERED that, notwithstanding Local Rule LR IC 2-2(g), paper copies

8    of any electronically filed exhibits need not be provided to chambers or to the staff attorney,

9    unless later directed by the court.

10       DATED:  July 8, 2020

11
     _____
12                                        GLORIA M. NAVARRO
                                          United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28