1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO HERRADA-GONZALEZ, | Case No. 2:20-cv-01013-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 15), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 15) is **GRANTED**.  Petitioner will have up to and including January 4, 2021, to file a second amended petition.

DATED: November 4, 2020

_____
GLORIA M. NAVARRO
United States District Judge

1