1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11   MARIO HERRADA-GONZALEZ,                  Case No. 2:20-cv-01013-GMN-DJA

12                     Petitioner,             **ORDER**

13            v.

14   JERRY HOWELL, et al.,

15                     Respondents.

16

17          Petitioner having filed an unopposed motion for extension of time (second request) (ECF

18   No. 17), and good cause appearing;

19          IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time

20   (second request) (ECF No. 17) is **GRANTED**.  Petitioner will have up to and including February

21   3, 2021, to file a second amended petition.

22          DATED:  January 4, 2021

23                                              _____

24                                              GLORIA M. NAVARRO
                                                United States District Judge

25

26

27

28

1