1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11
MARIO HERRADA-GONZALEZ,

Case No. 2:20-cv-01013-GMN-DJA

12
Petitioner,

**ORDER**

13
v.

14
JERRY HOWELL, et al.,

15
Respondents.

16

17        Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF

18 No. 21), and good cause appearing;

19        IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time

20 (fourth request) (ECF No. 21) is **GRANTED**.  Petitioner will have up to and including February

21 19, 2021, to file a second amended petition.

22        DATED:  February 11, 2021

23

24
GLORIA M. NAVARRO
United States District Judge

25

26

27

28

1