1
2
3
4
5
6
7
8                              **UNITED STATES DISTRICT COURT**
9                                  **DISTRICT OF NEVADA**
10
11   MARIO HERRADA-GONZALEZ,                    Case No. 2:20-cv-01013-GMN-DJA
12                    Petitioner,               **ORDER**
13          v.
14   JERRY HOWELL, et al.,
15                    Respondents.
16
17          Respondents having filed an unopposed motion for enlargement of time (first request)
18   (ECF No. 27), and good cause appearing;
19          IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of
20   time (first request) (ECF No. 27) is **GRANTED**.  Respondents will have up to and including June
21   4, 2021, to respond to the second amended petition (ECF No. 23).
22          DATED:  April 20, 2021
23                                                _____
24                                                GLORIA M. NAVARRO
                                                  United States District Judge
25
26
27
28
                                                 1