**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO HERRADA-GONZALEZ, | Case No. 2:20-cv-01013-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 45), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 45) is **GRANTED**.  Respondents will have up to and including May 12, 2022, to file their new motion to dismiss.

DATED:  March 29, 2022

GLORIA M. NAVARRO
United States District Judge

1