UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO HERRADA-GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:20-cv-01013-GMN-DJA<br><br>ORDER |

Respondents seek an extension of time to file a new motion to dismiss Mario Herrada-Gonzalez's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 47.) They indicate that Herrada-Gonzalez does not oppose the request. The court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS ORDERED** that respondents' second motion for extension of time to file their motion to dismiss (ECF No. 47) is **GRANTED**. The deadline to file the motion to dismiss is June 27, 2022.

DATED: 13 May 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1