UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIO HERRADA-GONZALEZ,

Petitioner,

v.

JERRY HOWELL, et al.,

Respondents.

Case No. 2:20-cv-01013-GMN-DJA

ORDER

28 U.S.C. § 2254 habeas corpus petitioner Mario Herrada-Gonzalez seeks an extension of time to file a motion for leave to file a third-amended petition. (ECF No. 49.) He indicates that respondents do not oppose the request. The court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS ORDERED** that petitioner's motion for extension of time to file a motion for leave to file a third-amended petition (ECF No. 49) is **GRANTED**. The deadline to file a motion for leave to file a third-amended petition for writ of habeas corpus is July 25, 2022.

DATED: 27 June 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1