UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIO HERRADA-GONZALEZ,

Petitioner,

v.

JERRY HOWELL, et al.,

Respondents.

Case No. 2:20-cv-01013-GMN-DJA

Order Granting Extension of Time to Respond to Motion for Leave to File Amended Petition (ECF No. 54)

Respondents seek an extension of time to file a response to Mario Herrada-Gonzalez's motion for leave to file a third-amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 54.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to respond to the motion for leave to amend the petition (ECF No. 54) is **GRANTED**. **The deadline to respond is extended to September 7, 2022**.

DATED: 7 August 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1