UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIO HERRADA-GONZALEZ,

Petitioner,

v.

JERRY HOWELL, et al.,

Respondents.

Case No. 2:20-cv-01013-GMN-DJA

Order Granting Extension of Time to Respond to Motion for Leave to File Amended Petition to November 7, 2022 (ECF No. 58)

Respondents seek an extension of time to file a response to Mario Herrada-Gonzalez's motion for leave to file a third-amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 58.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed third motion for extension of time to respond to the motion for leave to amend the petition (ECF No. 58) is **GRANTED. The deadline to respond is extended to November 7, 2022**.

DATED: 7 October 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1