UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIO HERRADA-GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:20-cv-01013-GMN-DJA<br><br>Order Granting Extension of Time to Reply in Support of Motion for Leave to File Amended Petition to December 5, 2022 (ECF No. 61) |

28 U.S.C. § 2254 habeas corpus petitioner Mario Herrada-Gonzalez moves for an extension of time to file a reply in support of his motion for leave to file a third-amended petition. (ECF No. 61.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to reply in support of the motion for leave to amend the petition (ECF No. 61) is **GRANTED**. **The deadline to reply is extended to December 5, 2022**.

DATED: 4 November 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE