UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIO HERRADA-GONZALEZ, | Case No. 2:20-cv-01013-GMN-DJA |
| Petitioner, | **Order Granting Extension of Time to Reply in Support of Motion for Leave to File Amended Petition to December 19, 2022** |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | **(ECF No. 63)** |

28 U.S.C. § 2254 habeas corpus petitioner Mario Herrada-Gonzalez moves for an extension of time to file a reply in support of his motion for leave to file a third-amended petition. (ECF No. 63.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed second motion for extension of time to reply in support of the motion for leave to amend the petition (ECF No. 63) is **GRANTED. The deadline to reply is extended to December 19, 2022**.

DATED: 6 December 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE