UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIO HERRADA-GONZALEZ,

Petitioner,

v.

JERRY HOWELL, et al.,

Respondents.

Case No. 2:20-cv-01013-GMN-DJA

**Order Granting Extension of Time to Reply in Support of Motion for Leave to File Amended Petition to December 27, 2022**

**(ECF No. 65)**

28 U.S.C. § 2254 habeas corpus petitioner Mario Herrada-Gonzalez moves for an 8-day extension of time to file a reply in support of his motion for leave to file a third-amended petition. (ECF No. 65.) Good cause appearing,

**IT IS ORDERED** that petitioner's third motion for extension of time to reply in support of the motion for leave to amend the petition (ECF No. 65) is **GRANTED**. **The deadline to reply is extended to December 27, 2022**.

DATED: 21 December 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1