UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Mario Herrada-Gonzalez, | Case No. 2:20-cv-01013-GMN-DJA |
|---|---|
| Petitioner, | Order Granting Extension to Oppose Motion to Dismiss to March 7, 2025 |
| v. | |
| W.A. Gittere, *et al*., | (ECF No. 78) |
| Respondents. | |

Petitioner Mario Herrada-Gonzalez asks the Court for an extension to file an opposition to Respondents' Motion to Dismiss his 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 78.)  Good cause appearing,

IT IS ORDERED that Petitioner's unopposed Motion for Extension of Time **(ECF No. 78) is GRANTED** *nunc pro tunc*.  **The deadline to file an opposition to the Motion to Dismiss is extended to March 7, 2025**.

DATED: 7 January 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1