UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Mario Herrada-Gonzalez, | Case No. 2:20-cv-01013-GMN-DJA |
| Petitioner, | Order Granting Extension to Oppose Motion to Dismiss |
| v. | |
| W.A. Gittere, *et al*., | (ECF No. 83) |
| Respondents. | |

Petitioner Mario Herrada-Gonzalez asks the Court for an extension to file an opposition to Respondents' Motion to Dismiss his 28 U.S.C. § 2254 Habeas Corpus Petition until after the resolution of his Motion for Leave to File Third Amended Petition. (ECF No. 83.)  Good cause appearing,

IT IS ORDERED that Petitioner's Motion for Extension of Time **(ECF No. 83) is GRANTED** *nunc pro tunc*.  The Court will file a scheduling order for briefing the Motion to Dismiss after the resolution of the Motion to Amend.

DATED: 7 April 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1