1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

* * *

9  Mario Herrada-Gonzalez,

Case No. 2:20-cv-01013-GMN-DJA

10                                    Petitioner,

Order Granting Extension of Time to File
Response to Third Amended Petition to
October 7, 2025

11
12     v.

13  W.A. Gittere, *et al.*,

(ECF No. 89)

14                                    Respondents.

15        Respondents ask the Court for an extension of time to file a response to

16  Herrada-Gonzalez's 28 U.S.C. § 2254 Third Amended Habeas Corpus Petition. (ECF

17  No. 89.)  Good cause appearing,

18        It is Ordered that Respondents' unopposed Motion for Extension of Time to file a

19  response to the petition **(ECF No. 89) is GRANTED** *nunc pro tunc*.  **The deadline is**

20  **extended to October 7, 2025.**

21

22        DATED: 15 August 2025.

23
24
25
_____
GLORIA M. NAVARRO
26  UNITED STATES DISTRICT JUDGE

27
28