UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO HERRADA-GONZALEZ,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-01013-GMN-DJA<br><br>**ORDER** |

In this habeas corpus action, the petitioner, Mario Herrada-Gonzalez, who is represented by appointed counsel, filed a third amended petition for writ of habeas corpus on June 9, 2025. ECF No. 88.  After a 60-day initial period and a 60-day extension of time, the respondents were to file a response to the third amended petition by October 7. *See* ECF Nos. 87, 90.  On October 7, Respondents filed a motion for extension of time, requesting a further 45-day extension, to November 21. ECF No. 92. Respondents' counsel states that the extension is necessary because they are new to the case and because of their other obligations.  Respondents' counsel represents that Herrada-Gonzalez does not oppose the extension of time.  The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 92) is **GRANTED**.  Respondents will have until and including **November 21, 2025**, to file a response to Petitioner's third amended habeas petition.

DATED THIS __4__ day of _____November_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1