UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIO HERRADA-GONZALEZ,

    Petitioner,

    v.

MANUEL PORTILLO, *et al.*,

    Respondents.

Case No. 2:20-cv-01013-GMN-DJA

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on December 19, 2025. ECF No. 96.  Petitioner Mario Herrada-Gonzalez, who is represented by appointed counsel, was due to respond to the motion to dismiss by February 2, 2026. *See* ECF No. 87 (45 days for response to motion to dismiss). On February 2, Herrada-Gonzalez filed a motion for extension of time, requesting a 32-day extension, to March 6. ECF No. 97.  Herrada-Gonzalez's counsel states that the extension is necessary because of time away from work and obligations in other cases. Herrada-Gonzalez's counsel represents that Respondents do not oppose the extension of time.  The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.  The Court will grant the motion for extension of time and extend to March 6 the time for Herrada-Gonzalez's response to the motion to dismiss. Also, the Court will *sua sponte* extend to 30 days the time for Respondents to file a reply to Herrada-Gonzalez's response to the motion to dismiss.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 97) is **GRANTED**.  Petitioner will have until and including **March 6, 2026**, to file a response to the motion to dismiss. Respondents will then have **30 days** to file a reply.

1

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Manuel Portillo is substituted for W.A. Gittere as the respondent warden, and Charles Daniels is terminated as a respondent. The respondents are now: Manuel Portillo, Warden; James Dzurenda, Director of the Nevada Department of Corrections; and the Attorney General of the State of Nevada. The Clerk of Court is kindly directed to update the docket to reflect these changes.

DATED THIS ___4___ day of _____February_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2