UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIO HERRADA-GONZALEZ,

    Petitioner,

    v.

MANUEL PORTILLO, *et al.*,

    Respondents.

Case No. 2:20-cv-01013-GMN-DJA

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on December 19, 2025. ECF No. 96.  After a 45-day initial period and a 32-day extension, Petitioner Mario Herrada-Gonzalez, who is represented by appointed counsel, was due to respond to the motion to dismiss by March 6, 2026. *See* ECF Nos. 87, 98.  On March 6, Herrada-Gonzalez filed a motion for extension of time, requesting a further 31-day extension, to April 6. ECF No. 99.  Herrada-Gonzalez's counsel states that the extension is necessary because of time away from work and obligations in other cases. Herrada-Gonzalez's counsel represents that Respondents do not oppose the extension of time.  The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.  The Court will grant the motion for extension of time and extend to April 6 the time for Herrada-Gonzalez's response to the motion to dismiss. Respondents will have 30 days to file a reply to Herrada-Gonzalez's response to the motion to dismiss. *See* ECF No. 98.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 99) is **GRANTED**.  Petitioner will have until and including **April 6, 2026**, to file a response to the motion to dismiss.

DATED THIS ___9___ day of _____ March _____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE