**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIO HERRADA-GONZALEZ,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 2:20-cv-01013-GMN-DJA

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

**[ECF No. 108]**

This matter comes before this Court on Respondent's Unopposed Motion for a 61-Day Extension of Time to file his Answer to Petitioner's Third-Amended Petition. (ECF No. 108.) This is Respondent's first request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 108) is **GRANTED**. Respondent has up to and including November 16, 2026, to file his Answer.

Dated: September 21, 2026

Gloria M. Navarro, Judge
United States District Court